UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HART,<br><br>       Plaintiff(s),<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant(s). | No. C10-3656 BZ<br><br>**FINAL JUDGMENT** |

The Court having granted defendant's motion for summary judgment on September 26, 2011, **IT IS HEREBY ORDERED** that plaintiff recover nothing, the action be dismissed on the merits and each party to bear its own costs.

Dated: September 26, 2011

                                                   _____
                                                   Bernard Zimmerman
                                                   United States Magistrate Judge

G:\BZALL\-BZCASES\HART V. ASTRUE\FINAL JUDGMENT.wpd

1